UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:21cr116

CORDARIAL PRATT

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On petition of Robert J. Mims, Assistant United States Attorney for the Northern District of Mississippi, in the above-entitled cause, it is hereby

ORDERED:

That a writ of habeas corpus ad prosequendum forthwith issue from this court directed to the Bourbon County Regional Detention Center, 101 Legion Road, Paris, Kentucky 40361, the United States Marshal for the Northern District of Mississippi; and/or any other United States Federal Agency, commanding them to produce the body of CORDARIAL PRATT (B/M, DOB 1987, SSN 4093), before this court in Greenville, Mississippi on January 31, 2022, at 11:00 a.m., for the initial appearance, and directing them to return forthwith thereafter the said CORDARIAL PRATT to the custody of the Bourbon County Regional Detention Center in Paris, Kentucky at the conclusion of the above cause.

This the 2nd day of December, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE